UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                  )     Case No. C813440

                      )

        Shells Seafood   )

Debtor(s)  Restaurant      )

FILED  2015 DEC 22  P 3:33  CLERK U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF TAMPA DIVISION

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a  ✓ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: I worked as a general manager and was not paid due to business closing

> Name of Claimant: Marissa E. Rule
>
> Mailing Address: 3270 Solitude Court
>
> City: Kissimmee    State: FL   Zip Code: 34746
>
> Telephone Number: Home 863-615-7246 Work: 407-748-0833
>
> Last Four Digits of SS# or Tax ID Number: 2185
>
> Amount of Claim: $ 2,482.90

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Marissa E. Rule_                  _12/22/15_
CLAIMANT'S SIGNATURE                DATE

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _Hillsborough_ COUNTY, FLORIDA

Case No.: _081.3440_

Division: _____

_Marissa E Rule_ ,
                          Petitioner,

and

_US Bankruptcy Court_
                          Respondent.

## CERTIFICATE OF SERVICE

I certify that a copy of {name of document(s)} _Motion for Payment of Unclaimed Funds_
was [ √ **one** only] ( ) mailed ( ) faxed and mailed ( ✓ ) hand delivered to the person listed below on {date} _12/22/15_ .

**Other party or his/her attorney:**
Name: _US Attorney, Attn. Civil Procedures Clerk_
Address: _400 N Tampa Street_
City, State, Zip: _Tampa, FL 33602_
Fax Number: _____

_Marissa E Rule_
Signature of Party
Printed Name: _Marissa E Rule_
Address: _3370 Solitude Court_
City, State, Zip: _Kissimmee, FL 34746_
Telephone Number: _863-618-7346_
Fax Number: _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [ ✍ fill in all blanks]**
I, {full legal name and trade name of nonlawyer} _____ ,
a nonlawyer, located at {street} _____ , {city} _____ ,
{state} _____ , {phone} _____ , helped {name} _____ ,
who is the [ √ **one** only] ____ petitioner **or** ____ respondent, fill out this form.

Florida Supreme Court Approved Family Law Form 12.914, Certificate of Service (9/00)