[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: Feb. 5, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 8:08-bk-13440-CPM
                                                                        Chapter 7
Shells Seafood Restaurant, Inc.
dba Shells of St. Petersburg Beach
dba Shells of Ocala
dba Shells of Kendall
dba Shells Fresh Seafood
dba Shells of Ft. Myers
dba Shells of Orlando
dba Shells of Holmes Beach
dba Shells of Tyrone
dba Shells of Stuart-Monterey
dba Shells of Clearwater Beach
dba Shells of Winter Park
dba Shells of Daytona
dba Shells on the Beach
dba Shells of Winter Haven
dba Shells of New Smyrna Beach
dba Shells of West Palm
dba Shells of Sunrise
dba Shells of Brandon
dba Shells of Kissimmee

_____Debtor*_____/

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on February 1, 2016 , by Rod Anderson on behalf of Grand Bay Homes . Having verified that the sum of $ 7,588.24 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 7,588.24 to:

Grand Bay Homes, Inc.
c/o Rod Anderson, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator